UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF LOCAL 813 I.B.T. INSURANCE
TRUST FUND et al.,

                Plaintiffs,

- against -

UNITED TRUCKING CONTRACTING CORP.,

                Defendant.
------------------------------------------------------------x

**ORDER**

10 CV 3768 (NG) (CLP)

**GERSHON, United States District Judge:**

The court adopts the unopposed Report and Recommendation ("R&R") of Magistrate Judge Cheryl L. Pollak, dated March 15, 2012, regarding the damage award to be made to plaintiffs. As recommended by Judge Pollak, plaintiffs are hereby awarded $34,245.62, which includes $1,650.00 in attorney's fees. Judge Pollak carefully reviewed the applicable considerations in finding these awards, and I endorse and adopt her analysis.

                SO ORDERED.

                s/NG
                _____
                **NINA GERSHON**
                **United States District Judge**

Dated: Brooklyn, New York
April 25, 2012